IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )          1:14cr314-MHT
                            )               (WO)
PHILLIP VAN McARDLE         )
```

FINAL ORDER OF FORFEITURE

Whereas, on October 29, 2014, this court entered a preliminary order of forfeiture (doc. no. 37) that defendant Phillip Van McArdle forfeits his interest in the following firearms to the United States:

(a) Savage, model 311A, 12 gauge shotgun, with no serial number;

(b) North American Arms, model NAA 17, .17 caliber revolver, bearing serial number RS1231;

(c) RG Industries, model RG23, .22 caliber revolver, bearing serial number T527080;

(d) Walther, model P22, .22 caliber pistol, bearing serial number N058202;

(e) Beretta, model 96, .40 caliber pistol, bearing serial number BER330716;

(f) Ruger, model 77/17, .17 caliber rifle, bearing serial number 702-87554;

(g) Russian, model SKS, 7.62x39 caliber rifle, bearing serial number CCCP24838;

(h) Thompson/Center, model T/C Venture, 30-06 caliber rifle, bearing serial number U012773;

(i) Remington, model 870 (Wingmaster), 16 gauge shotgun, bearing serial number 40716W;

(j) Browning, model Sweet Sixteen, 16 gauge shotgun, bearing serial number S50949;

(k) Remington, model 710, .300 win mag caliber rifle, bearing serial number 71258561;

(l) Remington, model 700, .300 win mag caliber rifle, bearing serial number G6428609;

(m) Browning, model BPS, 12 gauge shotgun, bearing serial number 02612MX121;

(n) Remington, model 742 (Woodmaster) 30-06 caliber rifle, bearing serial number A7395352; and,

(o) CBC, model 715T, .22 caliber rifle, bearing serial number ELK3552967.

Whereas, on December 1, 2014, petitioner Kay McArdle DeLoney filed a third-party petition (doc. no. 40) claiming ownership of the following firearms: North American Arms, model NAA 17, .17 caliber revolver, bearing serial number RS1231; Beretta, model 96, .40 caliber pistol, bearing serial number BER330716; Ruger, model 77/17, .17 caliber rifle, bearing serial number 702-87554; Russian, model SKS, 7.62x39 caliber rifle, bearing serial number CCCP24838; Remington, model 710, .300 win mag caliber rifle, bearing serial number 71258561; and Browning, model BPS, 12 gauge shotgun, bearing serial number 02612MX121.

Whereas, on December 1, 2014, petitioner DeLoney filed a second third-party petition (doc. no. 41) claiming ownership of the following firearms: a Remington, model 870 (Wingmaster), 16 gauge shotgun, bearing serial number 40716W; Browning, model Sweet

Sixteen, 16 gauge shotgun, bearing serial number S50949; and a Remington, model 742 (Woodmaster) 30-06 caliber rifle, bearing serial number A7395352.

Whereas, the United States and petitioner DeLoney reached an agreement wherein the firearms claimed in the first third-party petition (doc. no. 40) will be forfeited to the United States and the firearms claimed in the second and third-party petition (doc. no. 41) will be returned to petitioner DeLoney.

It is hereby ORDERED that the government's motion for a final order of forfeiture (doc. no. 71) is granted as follows:

(1) As a result of the guilty plea on Count 1 of the indictment, defendant William Van McArdle shall forfeit to the United States, pursuant to 18 U.S.C. §924(d)(1) by 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

4

(2) The court has determined that the following property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c); that defendant McArdle has an interest in such property; and that the United States has established the requisite nexus between such property and such offenses:

    (a) Savage, model 311A, 12 gauge shotgun, with no serial number;

    (b) North American Arms, model NAA 17, .17 caliber revolver, bearing serial number RS1231;

    (c) RG Industries, model RG23, .22 caliber revolver, bearing serial number T527080;

    (d) Walther, model P22, .22 caliber pistol, bearing serial number N058202;

    (e) Beretta, model 96, .40 caliber pistol, bearing serial number BER330716;

**(f) Ruger, model 77/17, .17 caliber rifle, bearing serial number 702-87554;**

**(g) Russian, model SKS, 7.62x39 caliber rifle, bearing serial number CCCP24838;**

**(h) Thompson/Center, model T/C Venture, 30-06 caliber rifle, bearing serial number U012773;**

**(i) Remington, model 710, .300 win mag caliber rifle, bearing serial number 71258561;**

**(j) Remington, model 700, .300 win mag caliber rifle, bearing serial number G6428609;**

**(k) Browning, model BPS, 12 gauge shotgun, bearing serial number 02612MX121; and,**

**(l) CBC, model 715T, .22 caliber rifle, bearing serial number ELK3552967.**

(3) The following firearms shall be released to petitioner Kay McArdle DeLoney:

    (a) Remington, model 870 (Wingmaster), 16 gauge shotgun, bearing serial number 40716W;

    (b) Browning, model Sweet Sixteen, 16 gauge shotgun, bearing serial number S50949; and

    (c) Remington, model 742 (Woodmaster) 30-06 caliber rifle, bearing serial number A7395352.

(4) The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e);

(5) Petitioner DeLoney's third-party petitions (doc. nos. 40 & 41) and the government's motions to dismiss (doc. nos. 42 & 43) are

granted and denied to the extent set forth in this order.

(6) The hearing, set for April 21, 2015, is canceled.

(7) The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 17th day of April, 2015.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE