IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:14cr314-MHT |
| | ) | (WO) |
| PHILIP VAN McARDLE | ) | |

ORDER

Upon consideration of the government's motion to correct the defendant's name (doc. no. 78), which is unopposed, it is ORDERED that that motion is granted, and the clerk of court shall correct the record to reflect that the defendant's name is "Philip Van McArdle."

DONE, this the 2nd day of July, 2019.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE