IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       1:14cr314-MHT
                            )           (WO)
PHILIP VAN McARDLE          )
```

ORDER

This matter is before the court on the government's petition for modifying the conditions of supervision (doc. no. 81). Because the proposed modification of conditions of supervised release could result in incarceration (that is, if the court were to approve the proposed modification, defendant Philip Van McArdle's failure to comply could result in further incarceration), the court believes that defendant McArdle should first have the opportunity to consult with counsel.

It is therefore ORDERED as follows:

(1) The clerk of the court shall arrange for the re-appointment of counsel for defendant Philip Van McArdle.

(2) On or before July 19, 2019, defendant McArdle himself or his counsel must inform the court in writing whether defendant McArdle still agrees to the proposed modification.

DONE, this the 2nd day of July, 2019.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE